```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16208
   CHARLES J. MINAUSKAS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-6374
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 09/05/07 .

    2.   The case was dismissed without confirmation, 04/11/2008.

    3.   The Debtor paid a total of $   2974.00 .

    4.   The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PORTFOLIO CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH CREDIT UNIO | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTORS SYST | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| LEASE FINANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| NORTH STAR CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RANDALL INDUSTRIES | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT COUNSEL INC | UNSECURED | NOT FILED | .00 | .00 |
| TRESSLER SODERSTROM MALO | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL SERVICE BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WASTE MANAGEMENT RESIDEN | UNSECURED | NOT FILED | .00 | .00 |
| ZENITH ACQUISITION CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

```
ILLINOIS DEPT REVENUE      SECURED        NOT FILED                  .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
                        SECURED     PRIORITY   UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00         .00            .00           .00
PRINCIPAL PAID             .00          .00         .00            .00           .00
INTEREST PAID              .00          .00         .00            .00           .00
TOTAL PAID                 .00          .00         .00            .00           .00
```

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   1636.00
and was paid $    926.00  direct and $    710.00  through the plan.

The Trustee received $     43.72 .

Refunds to the Debtor totaled $   2220.28 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/16/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 16208 CHARLES J. MINAUSKAS